

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00415-CV

## IN RE ULLJA KUNTZE

_____

## Original Proceeding

_____

# ORDER

Relator's "Motion to Reconsider the Memorandum Opinion, Judgment, and Bill of

Costs issued by the 10th Court of Appeals of Texas on January 03, 2018" is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Denied
Order issued and filed January 31, 2018

